

4050

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8909

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Stephen Ray HURT, ) | Substance (Felony) |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about November 6, 2007 within the Southern District of California, defendant Stephen Ray HURT, did knowingly and intentionally import approximately 10.98 kilograms (24.15 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Torregrosa Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
            v.
2  Stephen Ray HURT

3                STATEMENT OF FACTS

   This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

   On November 6, 2007, at approximately 2050 hours, Stephen Ray HURT entered the United States from the Republic of Mexico via the Andrade, California, Port of Entry. HURT was the driver and sole occupant of a 1995 Toyota truck. HURT stated the truck belonged to his son, but he has been driving it for over two months.

   At primary inspection, HURT declared a bottle of tequila to Customs and Border Protection Officer (CBPO) Juarez. CBP Canine Officer Medley was conducting a pre-primary operation when his canine alerted to the rear of HURT's truck. At this point, CBPO Juarez handcuffed HURT and escorted him to the vehicle secondary office for further inspection.

   A subsequent search of the truck by CBPO Jimenez revealed several packages concealed within the spare tire of the truck. CBPO Jimenez probed one package which produced a green leafy substance, which field-tested positive for marijuana. Calexico ICE Special Agent (SA) Torregrosa was notified and responded to the Port of Entry.

   HURT was arrested for importation of marijuana into the United States. HURT was advised of his rights, per Miranda, which he acknowledged and waived.

   HURT stated he did not know anything about the marijuana, and he went to Mexico to buy a bottle of tequila.