# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )          CASE NUMBER __07mj8909__
                                  )
             vs                   )          ABSTRACT OF ORDER
                                  )
                                  )          Booking No. __28265004__
                                  )          ICJ# __879780__
Stephen Ray Hurt                  )
                                  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11-20-07__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

               _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____✓_____ Other. __Bond exonerated__

                                             **PETER C. LEWIS**
                                             UNITED STATES MAGISTRATE JUDGE

                                                          OR
Received _____                  W. SAMUEL HAMRICK, JR.   Clerk
          DUSM                               by
                                             ____F. Flores____ Deputy Clerk

Crim-9   (Rev 6-95)                                    ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**